# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA A. LIMON, | Case No. 1:22-cv-01573-ADA-SAB |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | (ECF No. 12.) |
| NISSAN NORTH AMERICA, INC., | |
| Defendant. | |

On March 21, 2023, the Court issued an order to show cause as to why sanctions should not be imposed for the failure of Plaintiff's counsel to appear at the scheduling conference held on March 21, 2023, at 9:30 a.m. (ECF No. 12.) The Court shall discharge the order to show cause as Plaintiff's counsel thereafter appeared at the 11:00 a.m. scheduling conference held in another matter, and has notified the Court that the nonappearance at 9:30 a.m. was because counsel miscalendared the date.

Accordingly, IT IS HEREBY ORDERED that the March 21, 2023 order to show cause (ECF No. 12) is DISCHARGED.

IT IS SO ORDERED.

Dated:   **March 21, 2023**

UNITED STATES MAGISTRATE JUDGE

1