# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA A. LIMON,<br><br>        Plaintiff,<br><br>    v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>        Defendant. | Case No. 1:22-cv-01573-SAB<br><br>ORDER VACATING PRETRIAL CONFERENCE AND REQUIRING THE PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR THE FAILURE TO FILE PRETRIAL STATEMENT<br><br>(ECF No. 16)<br><br>DEADLINE: MAY 23, 2024 |

Plaintiff Brenda Limon filed this diversity action pursuant to 28 U.S.C. § 1332 against Defendant Nissan North America, Inc. on December 7, 2022.  (ECF No. 1.)  The scheduling order in this matter issued on April 3, 2023.  (ECF No. 16.)

Pursuant to the scheduling order, the parties were required to file a joint pretrial statement in compliance with Rule 281(a)(2) prior to the scheduling conference.  (ECF No. 16 at 5.)  Rule 281(a)(2) provides:

> Not less than seven (7) days before the date set by the Court for the holding of the final pretrial conference, or such other time as the Court may order, counsel for all parties shall file a joint pretrial statement in the form prescribed herein or in such other form as the Court may prescribe.

The parties have not filed a joint pretrial statement in compliance with the scheduling order.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court."  The Court has the inherent power to

control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action.  Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, IT IS HEREBY ORDERED:

1. The pretrial conference set for May 24, 2024, at 9:30 a.m. is VACATED; and
2. On or before **May 23, 2024**, the parties shall show cause why monetary sanctions should not issue for the failure to file a joint pretrial report in compliance with the April 3, 2023 scheduling order.  The parties are advised that failure to respond to this order will result in the issuance of sanctions up to and including dismissal of this action.

IT IS SO ORDERED.

Dated:   **May 20, 2024**

UNITED STATES MAGISTRATE JUDGE