# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA A. LIMON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>　　　　Defendant. | Case No. 1:22-cv-01573-SAB<br><br>ORDER DISCHARING MAY 20, 2024 ORDER TO SHOW CAUSE, VACATING ALL DATES, AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF Nos. 20, 21, 22)<br><br>THIRTY (30) DAY DEADLINE |

On May 20, 2024, an order issued requiring the parties to show cause why sanctions should not issue for the failure to file a pretrial statement in accord with the scheduling order issued in this action. (ECF No. 20.) On this same date, a joint statement of why sanctions should not be imposed and a notice of settlement were filed informing the Court that the parties have reached settlement resolving this action. (ECF Nos. 21, 22.)

The parties request a ninety (90) day deadline to file dispositive documents. The Court shall grant in part and the parties shall be provided with thirty (30) days in which to file dispositive documents.

Accordingly, it is HEREBY ORDERED that:

1. The May 20, 2024 order to show cause is DISCHARGED;
2. All pending matters and dates are VACATED; and

///

1

3.   The parties shall file dispositional documents within **thirty (30) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated: __**May 21, 2024**__

UNITED STATES MAGISTRATE JUDGE