# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA A. LIMON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>　　　　Defendant. | Case No. 1:22-cv-01573-SAB<br><br>ORDER EXTENDING TIME FOR PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 25)<br><br>DEADLINE: AUGUST 20, 2024 |

On May 21, 2024, an order issued discharging an order to show cause, vacating all dates in this matter based on the notice of settlement filed on May 20, 2024, and ordering the parties to file dispositional documents within thirty days. (ECF No. 23.) On June 20, 2024, the parties filed a joint statement requesting a ninety-day extension of time to file dispositional documents as they have been unable to settle the matter of attorney fees, costs, and expenses. (ECF No. 25.) The Court finds good cause to grant the request in part and the parties shall have an additional sixty days to file dispositional documents.

Accordingly, IT IS HEREBY ORDERED that the parties shall file dispositional documents on or before **August 20, 2024**.

IT IS SO ORDERED.

Dated:   **June 21, 2024**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1