# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA A. LIMON, | Case No. 1:22-cv-01573-SAB |
| Plaintiff, | ORDER GRANTING EXTENTION OF TIME TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| NISSAN NORTH AMERICA, INC., | (ECF No. 27) |
| Defendant. | THIRTY DAY DEADLINE |

On May 20, 2024, Plaintiff filed a notice of settlement stating the parties had reached an agreement to settle this matter.  (ECF No. 22.)  On May 21, 2024, an order issued requiring the parties to file dispositional documents within thirty days.  (ECF No. 23.)  On June 20, 2024, the parties filed a joint statement requesting an extension of time to file dispositional documents.  (ECF No. 25.)  On June 21, 2024, and order issued requiring the parties to file dispositional documents on or before August 20, 2024.  (ECF No. 26.)  On August 20, 2024, the parties filed a joint statement seeking an additional 90 days in which to file dispositional documents.  (ECF No. 27.)

The parties have now had 90 days to finalize the settlement of this action.  The Court will grant a further extension of thirty days for dispositional documents to be filed.  The parties are advised that no further extensions of time will be granted absent a specific showing of good cause for the requested extension of time.

1       Accordingly, IT IS HEREBY ORDERED that the parties shall filed dispositional
2  documents within **thirty (30) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated: **August 21, 2024**

UNITED STATES MAGISTRATE JUDGE